Dismissed and Memorandum Opinion filed November 24, 2004









Dismissed and Memorandum Opinion filed November 24,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00784-CV

____________

 

CHERYL NELSON
BUTLER, Appellant

 

V.

 

QUANTA
SERVICES, INC., Appellee

 



 

On Appeal from the
55th District Court

Harris County, Texas

Trial Court Cause
No. 02-35896

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed July 9,
2004.  On October 13, 2004, the parties
participated in mediation, which resulted in a settlement of all the issues in
the case.  On November 22, 2004, the
parties filed a joint motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 24, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.